Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of wooden chair seats similar in all material respects to those the subject of Abstract 59222, the claim of the plaintiff was sustained.

**No. 60102.**—Eurasia Corporation *v.* United States, protests 211882–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 60103.**—Frank Allaire, Inc., et al. *v.* United States, protests 218380–K (A) etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60104.**—Bonwit Teller, Inc., et al. *v.* United States, protests 285248–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed